# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **PETER SZANTO**,<br><br>        Appellant,<br><br>    v.<br><br>**JPMORGAN CHASE, N.A.,** *et al.*,<br><br>        Appellees. | Case No.   3:18-cv-939-SI LEAD<br>                3:18-cv-940-SI Consol.<br>                3:18-cv-941-SI Consol.<br>                3:18-cv-942-SI Consol.<br>                3:18-cv-943-SI Consol.<br>                3:18-cv-944-SI Consol.<br>                3:18-cv-945-SI Consol.<br>                3:18-cv-946-SI Consol.<br>                3:18-cv-947-SI Consol.<br>                3:18-cv-948-SI Consol.<br>                3:18-cv-949-SI Consol.<br>                3:18-cv-950-SI Consol.<br><br>(Bankr. Ct. Case No. 16-33185-pcm7)<br>(Adv. Pro. No. 16-3118-pcm)<br><br>**JUDGMENT** |

      Based on the Court's OPINION AND ORDER affirming the Bankruptcy Court's decisions,

      **IT IS ADJUDGED** that this case is DISMISSED with prejudice.

      DATED this 5th day of November, 2020.

                                                        /s/ *Michael H. Simon*<br>
                                                          Michael H. Simon<br>
                                                          United States District Judge